DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

STEVE E ZAPPETTINI

         Debtor

Chapter 13

Case No. 05-56274 SLJ

**NOTICE OF UNCLAIMED DIVIDEND**

The final dividend to Creditor, TRUELOGIC FINANCIAL CORP in the above entitled matter was returned marked: RETN TO SENDER-BOX CLOSED-UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1,292.33 as an unclaimed dividend.

    Claim # 10    TRUELOGIC FINANCIAL CORP
                    P O BOX 4238
                    ENGLEWOOD, CO 80155-4238

Dated: December 17, 2010

DEVIN DERHAM-BURK, TRUSTEE

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.44⁰
02 1A FEB 10 2010
0004366326
MAILED FROM ZIP CODE 95032

951 NFE 1 5091 00 02/10/10
RETURN TO SENDER
TRUELOGIC FINANCIAL
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER
BC: 95150001313 *2756-02941-10-39

RECEIVED
FEB 12 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TO THE ORDER OF
TRUELOGIC FINANCIAL CORP
P O BOX 4238
ENGLEWOOD, CO 80155-4238

80155-4238 MC03
95150@0013